UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHALINI MOONSAMMY PERSAUD,

Plaintiff,

-against-

LARRY THOMAS; ASKARI FOY; PMNI LLC; VENTURE ALLIANCE NY LLC; VENTURE ALLIANCE, LLC; JOHN DOES 1-10; and ABC ENTITIES 1-10,

Defendants.

Case No. 1:26-cv-08374 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On September 29, 2026, the Court advised that Plaintiff failed to allege subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) because she did not allege complete diversity of the parties. Dkt. 5. The Court pointed out that Plaintiff did not adequately plead the citizenship of the Defendants PMNI LLC, Venture Alliance NY LLC, and Venture Alliance LLC (the "LLC Defendants") because she failed to identify and provide the citizenship of each of the members of the three LLC Defendants. *Id.* The Court advised that "[n]aked allegations that the parties are citizens of different states, absent an averment of the particular states of which the parties are citizens, are insufficient to meet the pleading requirement." *Id.* (citing *Shields v. Murdoch*, 891 F. Supp. 2d 567, 586 (S.D.N.Y. 2012)). The Court ordered Plaintiff, by October 6, 2026, to "amend her complaint to allege the citizenship of each constituent person or entity comprising each of the LLC Defendants (including the state of incorporation and principal place of business of any corporate entity member)." *Id.* Plaintiff was expressly warned that if "Plaintiff is unable to amend her complaint to allege complete diversity of citizenship, then the action will be dismissed without further notice." *Id.*

On October 6, 2026, Plaintiff filed the First Amended Complaint ("FAC"). Dkt. 6. As in Plaintiff's initial complaint, Dkt. 1, Plaintiff again does not identify the citizenship of the members of the LLC Defendants and simply avers that each of their members is "citizen of a State other than Indiana." FAC ¶¶ 24-25. As the Court previously expressly advised, this is not enough. Dkt. 5; *see also Prospect Funding Holdings, LLC v. Fennell*, No. 15-cv-04176 (LLS), 2015 WL 4477120, at *1-2 (S.D.N.Y. July 15, 2015) (finding that complaint failed to "adequately allege that the parties are citizens of different states" where it "[s]tat[ed] merely that the [plaintiff] is not a citizen of his adversaries' states of citizenship").

Given that Plaintiff has not adequately alleged complete diversity of the parties, the action is dismissed without prejudice for lack of subject matter jurisdiction. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: October 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge